IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| DELAINE M. HOFFMAN, | No. C-10-0802 MMC |
|---|---|
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME; EXTENDING DEADLINE FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT** |
| v. | |
| INDYMAC BANK FSB, et al., | |
| Defendants | |

Before the Court is plaintiff's Motion for Extension of Time, filed March 29, 2010, by which plaintiff seeks a two-week extension of the March 29, 2010 deadline to file a First Amended Complaint.

Good cause appearing, plaintiff's motion is hereby GRANTED, and the deadline to file a First Amended Complaint is hereby EXTENDED to April 12, 2010.

**IT IS SO ORDERED.**

Dated: March 30, 2010

MAXINE M. CHESNEY
United States District Judge