IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELAINE M. HOFFMAN,<br><br>    Plaintiff,<br><br>  v.<br><br>INDYMAC BANK FSB, et al.,<br><br>    Defendants | No. C-10-0802 MMC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME; EXTENDING DEADLINE FOR PLAINTIFF TO FILE FIRST AMENDED COMPLAINT** |

      Before the Court is plaintiff's Motion for Extension of Time, filed March 29, 2010, by which plaintiff seeks a two-week extension of the March 29, 2010 deadline to file a First Amended Complaint.

      Good cause appearing, plaintiff's motion is hereby GRANTED, and the deadline to file a First Amended Complaint is hereby EXTENDED to April 12, 2010.

      **IT IS SO ORDERED.**

Dated: March 30, 2010

MAXINE M. CHESNEY
United States District Judge