McCARTHY & HOLTHUS, LLP
ATTORNEYS AT LAW
1770 FOURTH AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 685-4800 FACSIMILE (619) 685-4811

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELAINE M. HOFFMAN,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>INDYMAC BANK FSB, a Division of ONEWEST BANK FSB, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., FIRST AMERICAN TITLE INSURANCE COMPANY, QUALITY LOAN SERVICE CORP., McCARTHY & HOLTHUS, LLP, GAYLE JAMESON, MICHELLE C. FLINN, FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br>　　　　　　　　　　Defendants. | Case No. C-10-00802 MMC<br><br>[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFF'S FIRST AMENDED COMPLAINT |

Defendant Federal National Mortgage Association ("FNMA") was served with the First Amended Complaint on April 28, 2010. The deadline for FNMA's response to the First Amended Complaint is May 19, 2010. Counsel for FNMA intends to represent additional Defendants, Indymac Bank FSB, OneWest Bank FSB, Mortgage Registration Systems, Inc., Quality Loan Service Corporation, McCarthy & Holthus, LLP and Gayle Jameson in FNMA's responsive pleading to Plaintiff's First Amended Complaint. Counsel has requested an extension of time to file the responsive pleading in order to properly ascertain allegations against each individual Defendant and to obtain information to prepare the response from each individual Defendant.

Plaintiff has not filed opposition to defendants' request for the above-stated extension of time.

////

////

THEREFORE, THE COURT ORDERS AS FOLLOWS:

The deadline for FNMA, Indymac Bank FSB, OneWest Bank FSB, Mortgage Registration Systems, Inc., Quality Loan Service Corporation, McCarthy & Holthus, LLP and Gayle Jameson's response to Plaintiff's First Amended Complaint is hereby continued until June 2, 2010. PLAINTIFF is precluded from requesting a default judgement against FNMA, Indymac Bank FSB, OneWest Bank FSB, Mortgage Registration Systems, Inc., Quality Loan Service Corporation, McCarthy & Holthus, LLP and Gayle Jameson until after expiration of the continued deadline.

Dated: May 27, 2010

By: /s/ Maxine M. Chesney
Honorable Maxine M. Chesney, Judge of the United States District Court for the Northern District of California

---

2
[PROPOSED] ORDER