IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELAINE M. HOFFMAN,<br><br>    Plaintiff,<br><br>  v.<br><br>INDYMAC BANK FSB, et al.,<br><br>    Defendants<br>_____ / | No. C-10-0802 MMC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME; CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

      Before the Court is plaintiff's Motion for Enlargement of Time, filed May 17, 2010, by which plaintiff seeks a continuance of the Initial Case Management Conference, presently scheduled for June 4, 2010, and related dates. Specifically, plaintiff requests that the Initial Case Management Conference and related dates be continued for thirty days, or any other period the Court deems proper, to afford plaintiff an opportunity to locate counsel to represent her. No response to the motion has been filed. Having read and considered the moving papers, the Court rules as follows.

      Given the lack of opposition, and in light of the pendency of a motion to dismiss, filed May 27, 2010 by defendants OneWest Bank, FSB, Mortgage Electronic Registration Systems, Inc., Quality Loan Service Corporation, McCarthy & Holthus, LLP, Gayle Jameson, and Federal National Mortgage Association, which motion is noticed for hearing

on July 2, 2010, the Court finds a continuance of the Case Management Conference and related deadlines is proper.

Accordingly, plaintiff's motion is hereby GRANTED, as follows:

1. The Initial Case Management is hereby CONTINUED to August 13, 2010, at 10:30 a.m., in Courtroom 7. A Joint Case Management Statement shall be filed no later than August 6, 2010.

2. All other deadlines set forth in the Order Setting Initial Case Management Conference and ADR Deadlines are hereby CONTINUED accordingly.

**IT IS SO ORDERED.**

Dated: May 28, 2010

MAXINE M. CHESNEY
United States District Judge