IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DELAINE M. HOFFMAN,

    Plaintiff,

v.

INDYMAC BANK FSB, et al.,

    Defendants

No. C-10-0802 MMC

**ORDER GRANTING PLAINTIFF'S MOTION FOR ENLARGEMENT; EXTENDING DEADLINE FOR PLAINTIFF TO FILE SECOND AMENDED COMPLAINT**

    Before the Court is plaintiff's Motion for Enlargement, filed September 17, 2010, by which plaintiff seeks a two-week extension of the September 20, 2010 deadline to file any Second Amended Complaint.

    Good cause appearing, and no opposition having been filed, plaintiff's motion is hereby GRANTED, and the deadline to file a Second Amended Complaint is hereby EXTENDED to October 3, 2010.

    **IT IS SO ORDERED.**

Dated: September 27, 2010

MAXINE M. CHESNEY
United States District Judge