**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELAINE M. HOFFMAN, | No. C-10-0802 MMC |
| Plaintiff, | **ORDER DISMISSING REMAINING** |
| v. | **CLAIMS WITHOUT PREJUDICE;** |
| | **DENYING AS MOOT DEFERRED** |
| | **PORTION OF DEFENDANTS' MOTION** |
| INDYMAC BANK FSB, et al., | **TO DISMISS; DENYING AS MOOT** |
| | **PLAINTIFF'S MOTION FOR** |
| Defendants | **ENLARGEMENT OF TIME TO SERVE** |
| / | **FIRST AMERICAN TITLE INSURANCE** |
| | **COMPANY** |

By order filed August 31, 2010, the Court granted in part and deferred ruling in part
on defendants' motion to dismiss plaintiff's First Amended Complaint ("FAC").  Specifically,
the Court dismissed the federal claims in the FAC, afforded plaintiff leave to file a Second
Amended Complaint ("SAC") no later than September 20, 2010, and deferred ruling on
defendants' motion to the extent it sought dismissal of plaintiff's state law claims.
Thereafter, by order filed September 27, 2010, the Court extended the deadline for plaintiff
to file a SAC to October 3, 2010.

Plaintiff has not filed a SAC.  Accordingly, the instant action proceeds on the
remaining claims in the FAC, each of which arises under state law.

The Court's jurisdiction over the state law claims alleged in the FAC is supplemental
in nature.  See 28 U.S.C. § 1367(a).  Where, as here, all federal claims have been

1   dismissed, the district court may decline to exercise supplemental jurisdiction over any

2   remaining state law claims.  See 28 U.S.C. § 1367(c)(3).  Here, having considered the

3   matter, the Court finds it appropriate to decline to exercise supplemental jurisdiction over

4   the remaining state law claims.

5          Accordingly, the remaining claims in the FAC, specifically, plaintiff's state law claims,

6   are hereby DISMISSED without prejudice to plaintiff's refiling such claims in state court.

7          In light of the dismissal of plaintiff's state law claims, the deferred portion of

8   defendants' motion to dismiss is hereby DENIED as moot, and plaintiff's motion, filed

9   October 5, 2010, for an enlargement of time to serve defendant First American Title

10  Insurance Company is hereby DENIED as moot.

11         In light of the above, the November 19, 2010 Case Management Conference is

12  hereby VACATED.

13         The Clerk is directed to close the file.

14         **IT IS SO ORDERED.**

15

16  Dated:  October 18, 2010

17                                                        MAXINE M. CHESNEY
                                                          United States District Judge

18

19

20

21

22

23

24

25

26

27

28