IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DELAINE M. HOFFMAN,

No. CV-10-0802 MMC

       Plaintiff,

**JUDGMENT IN A CIVIL CASE**

 v.

INDYMAC BANK FSB, et al.,

       Defendants.
_____/

    **()  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or  heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the remaining claims in the FAC, specifically, plaintiff's state law claims, are hereby DISMISSED without prejudice to plaintiff's refiling such claims in state court.

    In light of the dismissal of plaintiff's state law claims, the deferred portion of defendants' motion to dismiss is hereby DENIED as moot, and plaintiff's motion, filed October 5, 2010, for an enlargement of time to serve defendant First American Title Insurance Company is hereby DENIED as moot.

Dated: October 19, 2010

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk